UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 2:13CR148-01 |
| ALLEN LOCKE, | : (18 U.S.C. §§ 641, 2250(a)) |
| Defendant. | : |

## SUPERSEDING INFORMATION

### COUNT 1

The United States Attorney charges:

Beginning in or about February 2013, and continuing until October 21, 2013, in the District of Vermont and elsewhere, the defendant ALLEN LOCKE, a person required to register under the Sex Offender Registration and Notification Act, having traveled in interstate commerce, did knowingly fail to register, and update his registration, as a sex offender.

(18 U.S.C. § 2250(a))

## COUNT 2

On or about July 2, 2012, in the District of Vermont, the defendant ALLEN LOCKE retained money of the United States having a value in excess of $1000, knowing that money to have been stolen and converted.

(18 U.S.C. § 641)

_Tristram J. Coffin_
TRISTRAM J. COFFIN (GLW)
United States Attorney

Burlington, Vermont
May 5, 2014